IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEREMIAH THOMAS HAIR                                         PLAINTIFF

V.                                               CIVIL ACTION NO: 4:14-CV-00158-SA-JMV

ANDREW KAHOE AND
XAVIER REDMOND                                        DEFENDANTS

## AGREED ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the Parties with the Clerk of the Court in Civil Action No. 4:14-CV-00158-SA-JMV, and as further evidenced by the signatures of their duly authorized counsel of record on the Stipulation of Dismissal, the Court holds that all claims against Andrew Kahoe and Xavier Redmond should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that all claims in this cause are dismissed with prejudice.

SO ORDERED, this the 23rd day of February, 2015.

                                                              /s/ Sharion Aycock
                                                               UNITED STATES DISTRICT JUDGE

/s/ Robert G. Johnston
ROBERT G. JOHNSTON
*Attorney for Plaintiff*

/s/ H. David Clark, III
GARY E. FRIEDMAN
H. DAVID CLARK, III
*Attorney for Defendants*